UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS MAGEE, JR., | Case No. 1:21-cv-01598-KES-HBK (HC) |
| Petitioner, | ORDER DIRECTING RESPONSE FROM RESPONDENT AND DIRECTING CLERK TO UPDATE DOCKET |
| v. | |
| OAK SMITH, ACTING WARDEN, | (Doc. No. 44) |
| Respondent. | |

Petitioner Louis Magee, Jr., a state prisoner, proceeds pro se on his petition for writ of habeas corpus under 28 U.S.C. § 2254. (Doc. No. 1, "Petition"). On March 8, 2022, Respondent filed an Answer to the Petition. (Doc. No. 23). On June 2, 2023, Petitioner moved for a stay and abeyance of his petition to exhaust state remedies. (Doc. No. 28). On July 25, 2023, the undersigned entered findings and recommendations to deny Petitioner's motion to stay, and on July 3, 2024, those findings and recommendations were adopted in full by the district court and the motion to stay was denied. (Doc. Nos. 30, 42). While the findings and recommendations were pending before the district court, the undersigned denied multiple motions to supplement and/or amend the Petition without prejudice as procedurally deficient. (Doc. Nos. 32, 33, 36, 37, 39). The Court advised Petitioner that should he seek to amend the Petition, he must file a motion to amend accompanied by a freestanding proposed "First Amended Petition." (Doc. No. 39 at 3). Petitioner filed a First Amended Petition on February 1, 2024. (Doc. No. 44).

Rule 15(a) allows Petitioner to amend his petition once "as a matter of course" up to 21 days after Respondent's Answer.  Fed. R. Civ. P. 15(a).   More than two years have passed since Respondent filed the Answer; thus, Petitioner must obtain leave from the Court or the opposing party's written consent before filing an amended petition pursuant to Rule 5(a).  Because the Supreme Court instructs federal courts to liberally construe the "inartful pleading[s]" of pro se litigants, *Boag v. MacDougall*, 454 U.S. 364, 365 (1982), the Court construes the First Amended Petition as a motion for leave to file an amended petition.

Accordingly, it is hereby **ORDERED:**

1. Respondent shall (1) file a response to the construed motion to amend the Petition, or (2) file an amended answer no later than **thirty (30) days** from the date of entry of this Order.
2. Petitioner may file a reply no later than **thirty (30) days** of the date of service of Respondent's response.
3. The Clerk of Court is directed to update the docket to reflect the substitution of Oak Smith as named Respondent.
4. The Clerk of Court is directed to mail a copy of this order to Petitioner.

Dated:   July 24, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE